II. P. Baya and Bettie Baya, Appellants, vs. The Town of Lake City, Guy Gillen, Mayor, and A. J. Miller, Marshal, Appellees.

Appeal from Circuit Court Columbia county.

*A. J. Henry*, for Appellants.

*B. H. Palmer*, for Appellees.

The bill in this case was filed by the appellants against the appellees. There was decree for the defendants and the complainants appeal.

Appeal dismissed on motion of counsel for appellees for failure to file a transcript of the record.